UNITED STATES of America,
Plaintiff-Appellee,

v.

Richard Glynn BYRD, Defendant-
Appellant.

No. 73–1426.

United States Court of Appeals,
Fifth Circuit.

May 28, 1974.

Warren Heagy, Odessa, Tex., for de-
fendant-appellant.

Anthony J. P. Farris, U. S. Atty.,
Robert G. Darden, Asst. U. S. Atty.,
Houston, Tex., for plaintiff-appellee.

ON PETITION FOR REHEARING
AND PETITION FOR RE-
HEARING EN BANC

Opinion Sept. 7, 1973, 5 Cir.,
1973, 483 F.2d 1196.

Before BELL, GODBOLD and IN-
GRAHAM, Circuit Judges.

PER CURIAM:

We grant appellee's petition for re-
hearing. In United States v. Miller, 492
F.2d 37 (5th Cir., 1974), the court held
that Almeida-Sanchez v. United States,
1973, 413 U.S. 266, 93 S.Ct. 2535, 37 L.
Ed.2d 596, should be given only prospec-
tive application. We therefore abandon
any reliance upon *Almeida-Sanchez*. We
do, however, sustain our prior reversal [1]
upon the authority of United States v.
Storm, 480 F.2d 701 (5th Cir., 1973),
and Marsh v. United States, 344 F.2d
317 (5th Cir., 1965), as discussed there-
in. *See also* United States v. Bursey,
491 F.2d 531 (5th Cir., 1974).

1. United States v. Byrd, 483 F.2d 1196 (1973).